# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al., | ) | |
|     Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | No. 26-1026 |
| | ) | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | ) ) ) | |
|     Defendants-Appellants | ) | |

## DEFENDANTS-APPELLANTS' ASSENTED-TO
## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants move to dismiss this appeal, which each party to bear its own costs. Counsel for plaintiffs-appellees has authorized us to state that plaintiffs-appellees assent to this motion.

                                          Respectfully submitted,

                                          CHARLES C. CALENDA
                                          United States Attorney

By:   /s/ Lauren S. Zurier
        LAUREN S. ZURIER
        Assistant U.S. Attorney
        One Financial Plaza, 17th Fl.
        Providence, RI 02903
        (401) 709-5000
        (401) 709-5001 (fax)
        Lauren.Zurier@usdoj.gov

# Certificate of Service

On this 13th day of January, 2026, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system, which served it on counsel for plaintiffs-appellees, who are registered participants of the CM/ECF system:

Delbert Tran, Esq.
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Delbert.Tran@doj.ca.gov

James E. Stanley
Supervising Deputy Attorney General
Civil Rights Enforcement Section
California Department of Justice
1300 I Street, Suite 1520-25
Sacramento, CA 95814
James.Stanley@doj.ca.gov

/s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney