# United States Court of Appeals
## For the First Circuit

No. 26-1026

STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA; OFFICE OF THE GOVERNOR, ex rel. ANDREW BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in the official capacity as Secretary of Transportation,

Defendants - Appellants.

**JUDGMENT**

Entered: January 21, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lee I. Sherman, Delbert K. Tran, Michael Louis Newman, Alexis Piazza, James Edward Stanley, Deylin O. Thrift-Viveros, Joel Marrero, Luke E. Freedman, Newton N. Knowles III, Brandy L. Doyle, Alex Hemmer, Robert Henry Weaver, Darren Bernens Kinkead, R. Sam Horan, Christopher Graham Wells, Michael M. Tresnowski, Shankar Duraiswamy, Mayur Prasad Saxena, Surinder K. Aggarwal, Maryanne M. Abdelmesih, Yael Fisher, Nathaniel Rubin, Kathryn M.

Sabatini, Patrick S. Reynolds, James C. Luh, Robert Newman Brewer, Ben Harrington, Samuel Perry Wolter, Michael Kenneth Skold, Vanessa L. Kassab, Ian R. Liston, David Dana Day, Kalikoʻonālani Diara Fernandes, Vivian A. Mikhail, Katherine B. Dirks, Hannah C. Vail, Neil Giovanatti, Michael James Dittenber, Brian S. Carter, Heidi Parry Stern, Steven J. Perfrement, Mark Howard Ladov, Rabia Muqaddam, Zoe Levine, Julie Dona, Thomas H. Castelli, Jonathan T. Rose, Julio A. Thompson, Cristina Sepe, Tyler S. Roberts, Benjamin M. Seel, Marsha Chien, Frances Reynolds Colbert, Mitchell P. Reich, Laura Crittenden Tipton, Steven Travis Mayo, Taylor Payne, Sara Miron Bloom, Lauren S. Zurier, Kevin M. Bolan, Rachna Vyas, Joseph S. Larisa Jr., Jonathon P. Hauenschild